UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MELVIN J. TAYLOR,                   )
                                    )
       Plaintiff,                    )
                                    )
       v.                            )   Civil Action No. 09-0749 (PLF)
                                    )
EDWARD F. REILLY, JR. *et al.*,     )
                                    )
       Defendants.                   )
_____)

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendants' motion to dismiss [Dkt. No. 11] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order. *See* Rule 4(a), Fed. R. App. P.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: March 9, 2010                United States District Judge